JS 44 - No. CALIF. (Rev. 4/97)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

## I.(a) PLAINTIFFS
ANTHONY AQUILA

## DEFENDANTS
UNITED STATES OF AMERICA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES)
SONOMA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.  N/A

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
JEFFREY A. TITUS  (707) 544 8107
445 ORCHARD STREET, #203
SANTA ROSA, CA 95404

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "✓" IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [✓] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "✓" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "✓" IN ONE BOX ONLY)
- [✓] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "✓" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury Med Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐365 Personal Injury Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers Liability | | ☐640 RR & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | **PERSONAL PROPERTY** | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐345 Marine Product Liability | ☐370 Other Fraud | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle | ☐371 Truth in Lending | ☐690 Other | **LABOR** | **SOCIAL SECURITY** | ☐850 Securities/Commodities/Exchange |
| ☐160 Stockholders Suits | ☐355 Motor Vehicle Product Liability | ☐380 Other Personal Property Damage | ☐710 Fair Labor Standards Act | ☐861 HIA (1395ff) | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐360 Other Personal Injury | ☐385 Property Damage Product Liability | ☐720 Labor/Mgmt Relations | ☐862 Black Lung (923) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | | | ☐730 Labor/Mgmt Reporting & Disclosure Act | ☐863 DIWC/DIWW (405(g)) | ☐892 Economic Stabilization Act |
| | | | ☐740 Railway Labor Act | ☐864 SSID Title XVI | ☐893 Environmental Matters |
| | | | ☐790 Other Labor Litigation | ☐865 RSI (405(g)) | ☐894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐791 Empl Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐895 Freedom of Information Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motion to Vacate Sentence Habeas Corpus: | | ☐[✓]870 Taxes (US Plaintiff or Defendant) | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐220 Foreclosure | ☐442 Employment | ☐530 General | | ☐871 IRS - Third Party 26 USC 7609 | ☐950 Constitutionality of State Statutes |
| ☐230 Rent Lease & Ejectment | ☐443 Housing | ☐535 Death Penalty | | | |
| ☐240 Torts to Land | ☐444 Welfare | ☐540 Mandamus & Other | | | ☐890 Other Statutory Actions |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☐550 Civil Rights | | | |
| ☐290 All Other Real Property | | ☐555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
ABATEMENT OF TRUST FUND RECOVERY PENALTY AND ACTION FOR REFUND OF TAXES 26 U.S.C. SECTIONS 6672

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 100.00    ☐ CHECK YES only if demanded in complaint:
JURY DEMAND: [✓] YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE A "✓" IN ONE BOX ONLY)
[✓] SAN FRANCISCO/OAKLAND   ☐ SAN JOSE

DATE  1/28/04     SIGNATURE OF ATTORNEY OF RECORD  /s/ Jeffrey A. Titus

Jeffrey A. Titus (California State Bar #114148)
445 Orchard Street, Suite 203
Santa Rosa, CA 95404
(707) 544-8107
(707) 544-2465

Attorney for PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Anthony Aquila, ) | |
| ) | Civil Action |
| Plaintiff, ) | |
| ) | |
| v. ) | COMPLAINT FOR REFUND OF TAXES |
| ) | |
| United States of America, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |
| ) | |

## COMPLAINT

COMES NOW the Plaintiff, Anthony Aquila, and as a basis for his Complaint alleges as follows:

I.   PARTIES

1.   The Plaintiff, Anthony Aquila (hereinafter "Aquila"), is a citizen of the United States and a resident of the State of California, with his principal residence at 5575 Monte Verde Drive, Santa Rosa, California.

2.   The Defendant is the United States of America.

II.   JURISDICTION AND VENUE

3.   This is a suit arising under the laws of the Internal Revenue Code for the refund of taxes (assessable penalties) erroneously and illegally assessed against and collected from the Plaintiff.

4.   Jurisdiction is conferred upon this Court by virtue of 28 U.S.C. Section 1346(a)(1)

5. Venue in this District is proper under 28 U.S.C. Section 1402(a).

## STATEMENT OF CLAIM

### Count One – Aquila v. United States

6. Plaintiff incorporates by reference the averments of paragraphs 1 through 5 of this Complaint as though the same were set forth fully herein.

7. On June 24, 2002, the Internal Revenue Service ("IRS"), assessed against the Plaintiff assessable penalties pursuant to Internal Revenue Code ("Code") Section 6672 as follows:

| Tax Period | Penalty |
| --- | --- |
| Ended December 31, 1996 | $17,012.05 |
| Ended March 31, 1997 | $25,837.09 |
| Ended June 30, 1997 | $21,981.42 |

8. On July 29, 2002, Plaintiff paid $100.00 (estimated to be the withholding taxes due for one employee for one quarter) of the assessment made against him.

9. On August 22, 2002, Plaintiff filed a Claim for Refund on Form 843 for his $100.00 payment made with respect to 1996 by mailing said Claim to the Internal Revenue Service Center, 1301 Clay St., Suite 1400-S, Oakland, CA 94612, Attention: Special Procedures. A true copy of the Claim for Refund (with attachments) is made hereto as Exhibit "A".

10. Six months have passed since the claim for refund was filed. The IRS acknowledged the claim; however, no action has been taken on the matter.

11. As grounds for recovery, Plaintiff makes the following averments:

   a. The statute of limitations expired on the assessment of the penalties prior to their assessment.

   b. Aquila was not a person responsible for collecting and paying withholding taxes.

12. As further grounds for his recovery, Plaintiff incorporates by reference the averments contained in his Claim for Refund and attachments thereto, Exhibit "A".

13. The assessment and collection of the penalties were arbitrary, discriminatory, erroneous and illegal.

14. Plaintiff is the sole owner of his claim against the Defendant and has made no assignment of said claim.

WHEREFORE, Plaintiff prays for judgment against the Defendant in the total amount of $100.00 together with interest, costs, and attorneys fees and for abatement of the remainder of the penalty assessed against him and for such further relief as the Court deems just and equitable.

## JURY DEMAND

Plaintiff demands a Trial by Jury on all issues.

Dated: February 18, 2004

/S/ _____
Jeffrey A. Titus
Attorney for Plaintiff

COMPLAINT                                    3



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Date: 11-8-2002

Anthony Aquila
5575 Monte Verde Drive
Santa Rosa, CA 95409

Advisor: John Gonzalez # 94-06876

Phone: 510-637-3145

Dear Mr. Aquila:

We are in receipt of your 843-claim forms, dated 08-20-02, which we are treating as a Claim for Abatement of the Trust Fund Recovery Penalty assessed against you.

Your claim has been assigned to Technical Support Advisory Group 1 in Oakland for review. If a name appears above, it means that your claim has already been assigned to a particular Advisor. Should you have a question regarding the status of your claim, you may contact the Advisor at the number listed above.

If no name appears above, it means your claim has not yet been assigned. In that event, you may contact Group Manager Bob Williams at (510) 637-4649 regarding the status of your claim.

Your claim will be worked in the order in which it is received. When our review has been completed, we will contact you in writing regarding our decision.

Should you wish to supply additional documentation to support the issues you have raised in your claim, or if you want to reach the advisor by mail, please address your correspondence to:

IRS Technical Support
1301 Clay Street, Suite 1400 South
Oakland, CA 94612
Attn: Advisory Group 1

Sincerely,

*[signature]*

John Gonzalez # 94-06876
Advisor, Technical Support
Group 1, Area 13

cc: Jeffrey Titus



PLAINTIFF'S EXHIBIT A

| Form **843** (Rev. January 1997) Department of the Treasury Internal Revenue Service | **Claim for Refund and Request for Abatement** ▶ See separate instructions. | OMB No. 1545-0024 |
|---|---|---|

Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.

Do **not** use Form 843 if your claim is for —
* An overpayment of income taxes;
* A refund of fuel taxes;
* An overpayment of excise taxes reported on Form 720, 730, or 2290 (see **General Instructions**).

| Name of claimant | Your social security number |
|---|---|
| ANTHONY AQUILA | 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 |
| Address (number, street, and room or suite no.) | Spouse's social security number |
| 5575 MONTE VERDE DRIVE | N/A |
| City or town, state, and ZIP code | Employer identification number |
| SANTA ROSA CA 95409 | N/A |
| Name and address shown on return if different from above | Daytime telephone number |
| | 707 544 8107 |

**1** Period — prepare a separate Form 843 for each tax period
From April 1, 1997, to June 30, 1997

**2** Amount to be refunded or abated
$ 100

**3a** Type of tax, penalty, or addition to tax:
☐ Employment  ☐ Estate  ☐ Gift  ☐ Excise (unless reported on Form 720, 730, or 2290 — see instructions.)
☒ Penalty — IRC section ▶ 6672

**b** Type of return filed (see instructions):
☐ 706  ☐ 709  ☐ 940  ☐ 941  ☐ 943  ☐ 945  ☐ 990-PF  ☐ 4720  ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest caused by IRS errors or delays (if applicable — see instructions).
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ N/A

**5** Explanation and additional claims. Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax.

Mr. Aquila was assessed the trust fund penalty for a corporation, Gruppo D'Aquila Inc. While Mr. Aquila was a founder of the corporation, he was an officer in name only. During 1997, the day-to-day decisions of the corporation were being made by the CFO Carlos Figliolini. During 1996, the day-to-day decisions were made by the manager of the business, Doug Brians, and the bookkeeper, Rose Perria, was writing and signing many of the checks including payroll. Mr. Aquila was working fulltime for another company (MaxMeyer America, Inc.) during the periods in question. His other job required him to travel extensively throughout Europe and the United States on business. The declaration of Francis J. Dunne is attached which supports Mr. Aquila's contention that he was working for MaxMeyer America during the 1996 period and he was traveling extensively. Also attached is a record of travel provided by United Airlines which further supports Mr. Aquila's position that he was not present at Gruppo D'Aquila, Inc. during the periods. During the life of Gruppo D'Aquila, Inc. Mr. Aquila signed 5 checks out of the hundreds of checks written and signed by Rose Perria or Carlos Figliolini. One check was simply a transfer between corporate accounts. The other four checks were for a total of $2,879.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

_[signature]_ 8/26/02
Signature (Title, if applicable. Claims by corporations must be signed by an officer.)  Date

_____
Signature                                                                     Date

For Paperwork Reduction Act Notice, see separate instructions.
ISA
STF FED1524F

Form **843** (Rev. 1-97)

| Form **843** (Rev. January 1997) Department of the Treasury Internal Revenue Service | **Claim for Refund and Request for Abatement** ▶ See separate instructions. | OMB No. 1545-0024 |
|---|---|---|

Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.

Do not use Form 843 if your claim is for —
- An overpayment of income taxes;
- A refund of fuel taxes;
- An overpayment of excise taxes reported on Form 720, 730, or 2290 (see **General Instructions**).

| Please type or print | |
|---|---|
| Name of claimant<br>ANTHONY AQUILA | Your social security number<br>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 |
| Address (number, street, and room or suite no.)<br>5575 MONTE VERDE DRIVE | Spouse's social security number<br>N/A |
| City or town, state, and ZIP code<br>SANTA ROSA CA 95409 | Employer identification number<br>N/A |
| Name and address shown on return if different from above | Daytime telephone number<br>707 544 8107 |

| 1 Period — prepare a separate Form 843 for each tax period<br>From January 1 , 19 97 , to March 31 , 19 97 | 2 Amount to be refunded or abated<br>$ 100 |
|---|---|

3a Type of tax, penalty, or addition to tax:
☐ Employment   ☐ Estate   ☐ Gift   ☐ Excise (unless reported on Form 720, 730, or 2290 — see instructions.)
☒ Penalty — IRC section ▶ 6672

b Type of return filed (see instructions):
☐ 706  ☐ 709  ☐ 940  ☐ 941  ☐ 943  ☐ 945  ☐ 990-PF  ☐ 4720  ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest caused by IRS errors or delays (if applicable — see instructions).
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ N/A

5 Explanation and additional claims. Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax.

Mr. Aquila was assessed the trust fund penalty for a corporation, Gruppo D'Aquila Inc. While Mr. Aquila was a founder of the corporation, he was an officer in name only. During 1997, the day-to-day decisions of the corporation were being made by the CFO Carlos Figliolini. During 1996, the day-to-day decisions were made by the manager of the business, Doug Brians, and the bookkeeper, Rose Perria, was writing and signing many of the checks including payroll. Mr. Aquila was working fulltime for another company (MaxMeyer America, Inc.) during the periods in question. His other job required him to travel extensively throughout Europe and the United States on business. The declaration of Francis J. Dunne is attached which supports Mr. Aquila's contention that he was working for MaxMeyer America during the 1996 period and he was traveling extensively. Also attached is a record of travel provided by United Airlines which further supports Mr. Aquila's position that he was not present at Gruppo D'Aquila, Inc. during the periods. During the life of Gruppo D'Aquila, Inc. Mr. Aquila signed 5 checks out of the hundreds of checks written and signed by Rose Perria or Carlos Figliolini. One check was simply a transfer between corporate accounts. The other four checks were for a total of $2,879.

Signature. If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.)   Date 8/20/02

Signature   Date

For Paperwork Reduction Act Notice, see separate instructions.   Form **843** (Rev. 1-97)
ISA
STF FED1524F

| Form **843**<br>(Rev. January 1997)<br>Department of the Treasury<br>Internal Revenue Service | **Claim for Refund and Request for Abatement**<br>► See separate instructions. | OMB No. 1545-0024 |
|---|---|---|

Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.

Do not use Form 843 if your claim is for —
- An overpayment of income taxes;
- A refund of fuel taxes;
- An overpayment of excise taxes reported on Form 720, 730, or 2290 (see **General Instructions**).

| Name of claimant | Your social security number |
|---|---|
| ANTHONY AQUILA | 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 |
| Address (number, street, and room or suite no.) | Spouse's social security number |
| 5575 MONTE VERDE DRIVE | N/A |
| City or town, state, and ZIP code | Employer identification number |
| SANTA ROSA CA 95409 | N/A |
| Name and address shown on return if different from above | Daytime telephone number |
|  | 707 544 8107 |

**1** Period — prepare a separate Form 843 for each tax period
From October 1, 19 96, to December 31, 19 97

**2** Amount to be refunded or abated
$ 100

**3a** Type of tax, penalty, or addition to tax:
☐ Employment  ☐ Estate  ☐ Gift  ☐ Excise (unless reported on Form 720, 730, or 2290 — see instructions.)
☒ Penalty — IRC section ► 6672

**b** Type of return filed (see instructions):
☐ 706  ☐ 709  ☐ 940  ☐ 941  ☐ 943  ☐ 945  ☐ 990-PF  ☐ 4720  ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest caused by IRS errors or delays (if applicable — see instructions).
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ► N/A

**5** Explanation and additional claims. Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax.

Mr. Aquila was assessed the trust fund penalty for a corporation, Gruppo D'Aquila Inc. While Mr. Aquila was a founder of the corporation, he was an officer in name only. During 1997, the day-to-day decisions of the corporation were being made by the CFO Carlos Figliolini. During 1996, the day-to-day decisions were made by the manager of the business, Doug Brians, and the bookkeeper, Rose Perria, was writing and signing many of the checks including payroll. Mr. Aquila was working fulltime for another company (MaxMeyer America, Inc.) during the periods in question. His other job required him to travel extensively throughout Europe and the United States on business. The declaration of Francis J. Dunne is attached which supports Mr. Aquila's contention that he was working for MaxMeyer America during the 1996 period and he was traveling extensively. Also attached is a record of travel provided by United Airlines which further supports Mr. Aquila's position that he was not present at Gruppo D'Aquila, Inc. during the periods. During the life of Gruppo D'Aquila, Inc. Mr. Aquila signed 5 checks out of the hundreds of checks written and signed by Rose Perria or Carlos Figliolini. One check was simply a transfer between corporate accounts. The other four checks were for a total of $2,879.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.)     Date 8/20/02

Signature     Date

For Paperwork Reduction Act Notice, see separate instructions.
ISA
STF FED1524F

Form **843** (Rev. 1-97)

**/// M I L E A G E  P L U S.**
United Airlines

January 28, 2002

Tony Aquila
9889 Willow Creek Road
San Diego, CA 92131

RE: Mileage Plus Account 00308939235

Dear Mr. Aquila,

This is in response to your request for travel information on your Mileage Plus account from June 1996 through June 1997. Flight data for that time period is listed on the following page. Please let me know if you need additional information.

Sincerely,

*Kathy Shrode*

Kathy Shrode
Mileage Plus
847-700-1205

1600 Golf Road • Suite 520 • Rolling Meadows, IL 60008 • (847) 700-3501 • FAX (847) 700-3530
A wholly-owned subsidiary of United Airlines

| DATE | FLIGHT | FROM | TO | TOTAL MILES |
|---|---|---|---|---|
| 6/4/96 | 298 | SFO – San Francisco | PHX – Phoenix | 814 |
| 6/18/96 | 2204 | PHX – Phoenix | SFO – San Francisco | 814 |
| 6/22/96 | 964 | IAD – Washington DC | ZRH – Zurich | 6238 |
| 6/22/96 | 964 | SFO – San Francisco | IAD – Washington DC | 3024 |
| 7/1/96 | 6501 | IAD – Washington DC | JFK – New York City | 625 |
| 7/1/96 | 965 | ZRH – Zurich | IAD – Washington DC | 5198 |
| 7/30/96 | 1440 | SFO – San Francisco | DEN – Denver | 1195 |
| 8/1/96 | 1137 | DEN - Denver | SFO – San Francisco | 1195 |
| 8/11/96 | 2088 | LAX – Los Angeles | OAK – Oakland | 422 |
| 8/11/96 | 2151 | OAK - Oakland | LAX – Los Angeles | 422 |
| 10/28/96 | 1154 | DEN - Denver | MSP – Minneapolis | 867 |
| 10/28/96 | 226 | SFO – San Francisco | DEN – Denver | 1195 |
| 10/29/96 | 509 | DEN - Denver | SFO – San Francisco | 1195 |
| 10/29/96 | 1663 | MSP - Minneapolis | DEN – Denver | 867 |
| 11/18/96 | 228 | SFO – San Francisco | DEN – Denver | 1195 |
| 11/18/96 | 740 | DEN - Denver | MSP – Minneapolis | 867 |
| 11/21/96 | 145 | ORD - Chicago | SFO – San Francisco | 3692 |
| 11/21/96 | 625 | YYZ - Toronto | ORD – Chicago | 625 |
| 11/21/96 | 402 | MSP - Minneapolis | ORD – Chicago | 625 |
| 11/21/96 | 416 | ORD - Chicago | YYZ – Toronto | 625 |
| 11/25/96 | 588 | SFO – San Francisco | DEN – Denver | 1912 |
| 11/25/96 | 1258 | DEN - Denver | IND – Indianapolis | 1978 |
| 11/26/96 | 145 | ORD - Chicago | SFO – San Francisco | 3692 |
| 11/26/96 | 1507 | IND - Indianapolis | ORD – Chicago | 1000 |
| 12/16/96 | 1180 | SFO – San Francisco | DEN – Denver | 1912 |
| 12/16/96 | 740 | DEN - Denver | MSP – Minneapolis | 1386 |
| 12/19/96 | 1401 | DEN - Denver | OAK – Oakland | 1892 |
| 12/19/96 | 1031 | MSP - Minneapolis | DEN – Denver | 1386 |
| 1/13/97 | 250 | SFO – San Francisco | DEN – Denver | 1912 |
| 1/13/97 | 5805 | DEN - Denver | FSD – Sioux Falls | 1160 |
| 1/14/97 | 5803 | FSD – Sioux Falls | MSP – Minneapolis | 1000 |
| 1/18/97 | 1187 | MSP - Minneapolis | DEN – Denver | 1386 |
| 1/18/97 | 1521 | DEN - Denver | SFO – San Francisco | 1912 |
| 2/26/97 | 1580 | SFO – San Francisco | DEN – Denver | 2868 |
| 2/27/97 | 835 | DEN - Denver | SFO – San Francisco | 2868 |
| 3/4/97 | 590 | ORD - Chicago | SDF – Louisville, KY | 1500 |
| 3/4/97 | 808 | SFO – San Francisco | ORD – Chicago | 5538 |
| 3/6/97 | 1173 | DEN - Denver | SFO – San Francisco | 7868 |
| 3/6/97 | 439 | IND - Indianapolis | DEN – Denver | 2967 |
| 3/18/97 | 427 | ORD - Chicago | OMA – Omaha | 1000 |
| 3/18/97 | 148 | SFO – San Francisco | ORD – Chicago | 3692 |
| 3/20/97 | 435 | DEN – Denver | BOI – Boise | 1284 |
| 3/20/97 | 1197 | OMA – Omaha | DEN – Denver | 1000 |
| 3/21/97 | 2077 | BOI – Boise | SFO – San Francisco | 1044 |
| 3/30/97 | 955 | SFO – San Francisco | PHX – Phoenix | 1302 |
| 4/1/97 | 2436 | PHX – Phoenix | SFO – San Francisco | 1302 |
| 4/4/97 | 806 | SFO – San Francisco | ORD – Chicago | 3692 |
| 4/4/97 | 5561 | ORD – Chicago | MSN – Madison, WI | 1000 |
| 4/11/97 | 495 | MSP – Minneapolis | ORD – Chicago | 1000 |
| 4/11/97 | 155 | ORD – Chicago | SFO – San Francisco | 3692 |
| 4/12/97 | 2187 | LAS – Las Vegas | SFO – San Francisco | 1035 |
| 5/1/97 | 2584 | SFO – San Francisco | BOI – Boise | 1044 |
| 5/2/97 | 2077 | BOI - Boise | SFO – San Francisco | 1044 |
| 5/12/97 | 0742 | BOI - Boise | DEN – Denver | 1284 |
| 5/12/97 | 2584 | SFO – San Francisco | BOI – Boise | 1044 |
| 5/13/97 | 1500 | DEN - Denver | AUS – Austin | 1538 |
| 6/5/97 | 2323 | SFO – San Francisco | ONT – Ontario, CA | 726 |
| 6/7/97 | 2143 | ONT – Ontario, CA | SFO – San Francisco | 908 |
| 6/10/97 | 572 | SFO – San Francisco | MSP – Minneapolis | 3178 |
| 6/12/97 | 703 | MSP - Minneapolis | ORD – Chicago | 1000 |
| 6/12/97 | 292 | ORD - Chicago | IND – Indianapolis | 1000 |
| 6/14/97 | 805 | ORD - Chicago | SFO – San Francisco | 3692 |
| 6/14/97 | 5601 | LEX – Lexington KY | ORD – Chicago | 1000 |

JEFFREY A. TITUS (SBN 114148)
Attorney at Law
350 E Street, Suite 220
Santa Rosa, CA 95404
(707) 544-8107

Attorney for Anthony Aquila

STATE OF CALIFORNIA

ENPLOYMENT DEVELOPMENT DEPARTMENT

In the Matter of:                           Tax Case No. C-T-05173

Anthony Aquila,
                                            DECLARATION OF FRANCES J. DUNNE

Petitioner                                  Jude:  S. Claymore
                                            Date:  November 19, 1998
_____/            Time:  1:30 p.m.
                                            Place: 50 D Street, Ste 340
                                                   Santa Rosa, CA

1. I, FRANCES J. DUNNE, declare as follows:

2. I am a former employee of MaxMeyer America, Inc. If called as a witness, I am competent to testify to the facts contained herein from my own knowledge.

3. During the years of 1995-1996 I worked at MaxMeyer America, Inc. as a National Coordinator for R&D and Systems Integration. During those years Anthony Aquila held the position of President & CEO of MaxMeyer America, Inc. When Mr. Aquila was not traveling out of town for MaxMeyer business, he worked on a full daily basis in the MaxMeyer offices. As this was a new growing business, the time Anthony Aquila normally spend directly on MaxMeyer business was far in excess of 40 hours per week.

                                                    1    DECLARATION OF FRANCES J. DUNNE

4. Mr. Aquila was not involved with running the day-to-day operations of Autocraft Emporium Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: 9/24/98

Frances J. Dunne

2   DECLARATION OF FRANCES J. DUNNE