KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:   (415) 436-7017
Fax:              (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY AQUILA, <br><br> Plaintiff and <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant | No. C-04-0443-FMS <br><br><br> **APPLICATION TO CONTINUE CASE MANAGEMENT <u>CONFERENCE AND ORDER</u>** |

This case is set for a Case Management Conference on May 7, 2004. The Complaint was filed February 8, 2004 and the government's answer is due May 3, 2004. The case involves the assessment of so-called 100% penalty taxes for the failure of a corporation to pay over employment taxes due the government. The government intends to file a counterclaim against another person who was assessed the same penalty taxes. The law provides that more than one person can be liable for the same taxes but the government can only collect once. Accordingly, we request the Court to continue the Case Management Conference for 60 days to allow the government an opportunity to serve the counterclaim on the additional defendant so that all parties can participate in the first Case Management Conference. Plaintiff's counsel has no objection to this request.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

*/s/ Jay R. Weill*
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

## **ORDER**

Upon application of the United States the Case Management Conference is continued to July 9, 2004 at 1:30 p.m.

```
                                          _____
                                          FERN M. SMITH
                                          United States District Judge
```

Appl. To Cont. CMC & Order
(C-04-0443-FMS)                                    2