LF

KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7017
Fax: (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ANTHONY AQUILA, | ) | No. C-04-0443-FMS |
| Plaintiff and | ) | |
| v. | ) | APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Defendant | ) | |

This case is set for a case management conference on July 15, 2004. The complaint was filed February 8, 2004 and the government's answer filed May 4, 2004. The case involves the assessment of so-called 100% penalty taxes for the failure of a corporation to pay over employment taxes due the government. The government had anticipated filing a counterclaim against another person who was assessed some of the same penalty taxes. We learned from the IRS that the other assessed person had paid in full the taxes assessed against him. However, there are still taxes that remain unpaid by plaintiff even after giving him credit for those payments. The parties are now engaged in settlement negotiations as regards the remaining unpaid amounts.

///

///

///

///

Accordingly, the parties request that the Court continue the statute conference for 60 days to allows the parties more time to hopefully settle the case. Plaintiff's counsel, Jeffrey Titus, joins in the request.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

## ORDER

Upon application of the United States the Case Management Conference is continued to September 16, 2004 at 2:00 p.m.

FERN M. SMITH
United States District Judge

Appl. To Cont. CMC & Order
(C-04-0443-FMS)

2