Sep 07 04 05:28p    Tony Aquila              858-350-5150           p.1



1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division

4  10th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone:  (415) 436-7017
6  Fax:        (415) 436-6748

7  Attorneys for the United States of America

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11  ANTHONY AQUILA,                    )    No. C-04-0443-FMS
                                       )
12         Plaintiff,                  )
                                       )
13      v.                             )    STIPULATED JUDGMENT
                                       )
14  UNITED STATES OF AMERICA,          )
                                       )
15         Defendant.                  )

16     The parties agree that judgment shall be entered in favor of the United and against the plaintiff

17  Anthony Aquila. Accordingly,

18     IT IS ORDERED AND ADJUDGED that the United States shall recover from the plaintiff

19  Anthony Aquila the amount of $32,785.51, plus interest from May 4, 2004 to date of payment.

20

21
                                            _____
22                                          UNITED STATES DISTRICT JUDGE

23  AGREED:

24  _____  9/7/04
    ANTHONY AQUILA           DATE
25
    _____  9/7/04
26  JEFFREY A. TITUS         DATE
    Attorney for Plaintiff
27
    _____  9/8/04
28  JAY R. WEILL             DATE
    Assistant United States Attorney
    Chief, Tax Division