KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7017
Fax: (415) 436-6748

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY AQUILA, <br> Plaintiff, <br> v. <br> UNITED STATES OF AMERICA, <br> Defendant. | No. C-04-0443-FMS <br><br> **STIPULATED JUDGMENT** |

The parties agree that judgment shall be entered in favor of the United and against the plaintiff Anthony Aquila. Accordingly,

IT IS ORDERED AND ADJUDGED that the United States shall recover from the plaintiff Anthony Aquila the amount of $32,785.51, plus interest from May 4, 2004 to date of payment.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____  9/7/04
ANTHONY AQUILA                DATE

Jeffrey A. Titus             9/7/04
JEFFREY A. TITUS              DATE
Attorney for Plaintiff

_____  9/8/04
JAY R. WEILL                  DATE
Assistant United States Attorney
Chief, Tax Division